JS-6

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PARDEEP KULLAR,**<br><br>Plaintiff,<br><br>   vs.<br><br>**EXECUTIVE FINANCIAL ENTERPRISES, INC.,**<br><br>Defendant. | CASE NO. CV11-6058-DMG(PLAx)<br><br>**ORDER RE DISMISSAL [17]** |

   IT IS HEREBY ORDERED that pursuant to the parties' Stipulation to dismiss this case with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the entire case is dismissed with prejudice.  Each party shall bear their own costs and expenses.

DATED:  December 7, 2012          _____
                                  DOLLY M. GEE
                                  United States District Judge